**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: GREINER, JUSTIN            GREINER, STACEY  Debtor(s) | § Case No. 10-48518-BWB § § § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE   , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S DEARBORN STREET
   7TH FLOOR
   CHICAGO, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 03/15/2013 in Courtroom           , United States Courthouse,
JOLIET CITY HALL
150 W. JEFFERSON
2ND FLOOR
JOLIET, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/29/2013          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                               Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: GREINER, JUSTIN | § | Case No. 10-48518-BWB |
| GREINER, STACEY | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 155,000.00 |
| *and approved disbursements of* | $ 35,862.64 |
| *leaving a balance on hand of* [1] | $ 119,137.36 |
| **Balance on hand:** | $ 119,137.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 119,137.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 4,745.94 | 0.00 | 4,745.94 |
| Trustee, Expenses - THOMAS B. SULLIVAN, TRUSTEE | 41.19 | 0.00 | 41.19 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 3,890.00 | 0.00 | 3,890.00 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 118.03 | 0.00 | 118.03 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 8,795.16 |
| Remaining balance: | $ 110,342.20 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 110,342.20 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 110,342.20 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,480.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 11,259.82 | 0.00 | 11,259.82 |
| 2 | Capital Recovery IV LLC | 9,057.40 | 0.00 | 9,057.40 |
| 3 | Portfolio Recovery Associates, LLC | 4,163.77 | 0.00 | 4,163.77 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 24,480.99 |
| Remaining balance: | $ | 85,861.21 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 5,668.04 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | FIA CARD SERVICES, N.A. | 2,838.27 | 0.00 | 2,838.27 |
| 5 | FIA CARD SERVICES, N.A. | 2,829.77 | 0.00 | 2,829.77 |

Total to be paid for tardy general unsecured claims: $ 5,668.04
Remaining balance: $ 80,193.17

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 80,193.17

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $152.55. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 80,040.62.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Justin D. Greiner
Stacey L. Greiner
    Debtors

Case No. 10-48518-BWB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: dramey      Page 1 of 3      Date Rcvd: Jan 29, 2013
     Form ID: pdf006      Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2013.

```
db/jdb      +Justin D. Greiner,   Stacey L. Greiner,   1010 Breckenridge Lane,   Shorewood, IL 60404-8546
aty         +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
16350520    +Bank Of America,   Pob 17054,   Wilmington, DE 19884-0001
16350521    +Bb&b/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
16350522   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
             Norcross, GA 30091)
16350523    +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
16350524    +Citi,   Attention: Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
16350525     Citi Mortgage Inc,   Attention: Bankruptcy Department,   Po Box 79022, Ms322,
             St. Louis, MO 63179
16350526    +Client Services, Inc.,   3451 Harry Truman Blvd,   Saint Charles, MO 63301-9816
16350528    +Draper & Kramer Inc,   33 W Monroe St,   Chicago, IL 60603-5403
18858476     FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
16350530    +First Premier Bank,   Po Box 5524,   Sioux Falls, SD 57117-5524
16350533    +HSBC,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
16350536   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
            (address filed with court: Hsbc/neimn,   Po Box 15522,   Wilmington, DE 19850)
16350532    +Harris Bank Barrington,   201 S Grove Ave,   Barrington, IL 60010-4493
16350534    +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
16350535    +Hsbc/bstby,   Pob 15521,   Wilmington, DE 19850-5521
19932221     Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
16350539    +Natl Cty Crd,   Attention: Bankruptcy Department,   6750 Miller Rd,   Brecksville, OH 44141-3262
16350540    +Net 1st National Bank,   5770 Roosevelt Blvd,   Clearwater, FL 33760-3439
18531501   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,   c/o Gm Flexible Earnings,
             POB 41067,   Norfolk VA 23541)
16350542    +Pierce & Associates,   1 North Dearborn,   Chicago, IL 60602-4373
16350543    +Rnb-fields3,   Attn.: Bankruptcy,   6356 Corley Rd,   Norcross, GA 30071-1704
16350544    +Rshk/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
16350548    +Student Loan Mkt Assn,   Attention: Bankruptcy Litigation Depart,   Po Box 6180,
             Indianapolis, IN 46206-6180
16350549    +Suntrust Mortgage/cc 5,   Attention: RVW3034,   1001 Semmes Ave,   Richmond, VA 23224-2245
16350551    +Wash Mutual/providian,   Attn: Bankruptcy Dept.,   Po Box 10467,   Greenville, SC 29603-0467
16350552    +Wffinancial,   852 Sharp Ave Unit P,   Shorewood, IL 60404-8841
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18339692     E-mail/PDF: rmscedi@recoverycorp.com Jan 30 2013 02:25:30     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
18246554     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 30 2013 02:29:48     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany OH 43054-3025
16350527    +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 30 2013 02:29:48     Discover Financial,
             Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
16350529    +E-mail/Text: fmb.bankruptcy@firstmidwest.com Jan 30 2013 02:18:48     First Midwest Bank/na,
             300 N Hunt Club Rd,   Gurnee, IL 60031-2502
16350531    +E-mail/PDF: gecsedi@recoverycorp.com Jan 30 2013 02:23:30     Grants/gemb,   Po Box 981439,
             El Paso, TX 79998-1439
16350537    +E-mail/Text: tjordan@mcscol.com Jan 30 2013 02:13:43     Medical Collections Sy,
             725 S. Wells Ave Ste 700,   Chicago, IL 60607-4578
16350541    +E-mail/Text: bnc@nordstrom.com Jan 30 2013 02:11:15     Nordstrom FSB,
             Attention: Bankruptcy Department,   Po Box 6566,   Englewood, CO 80155-6566
19932222     E-mail/PDF: rmscedi@recoverycorp.com Jan 30 2013 02:22:07
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
16350519     E-mail/PDF: cbp@slfs.com Jan 30 2013 02:22:28     American General Finance,   Po Box 3121,
             Evansville, IN 47731
16350545    +E-mail/PDF: pa_dc_claims@salliemae.com Jan 30 2013 02:29:36     Sallie Mae 3rd Pty Lsc,
             Attn: Claims Dept,   Po Box 9400,   Wilkes Barre, PA 18773-9400
16350546    +E-mail/PDF: pa_dc_claims@salliemae.com Jan 30 2013 02:26:35     Sallie Mae Servicing,
             Attn: Claims Dept,   Po Box 9400,   Wilkes Barre, PA 18773-9400
16350547    +E-mail/PDF: pa_dc_claims@salliemae.com Jan 30 2013 02:29:35     Sallie Mae Servicing,
             Po Box 9500,   Wilkes Barrie, PA 18773-9500
16350550     E-mail/Text: vci.bkcy@vwcredit.com Jan 30 2013 02:12:43     Volkswagon Credit Inc,
             1401 Franklin Blvd,   Libertyville, IL 60048
                                                                                              TOTAL: 13
```

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1           User: dramey              Page 2 of 3              Date Rcvd: Jan 29, 2013
                               Form ID: pdf006           Total Noticed: 41

16350538    ##+NAFS,    165 Lawrence Bell DR ste 100,   Buffalo, NY 14221-7900
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2013**                    **Signature:**       *Joseph Speetjens*

```
Case 10-48518   Doc 38   Filed 01/29/13   Entered 01/31/13 23:48:43   Desc Imaged
                         Certificate of Notice    Page 9 of 9
```

```
District/off: 0752-1          User: dramey             Page 3 of 3              Date Rcvd: Jan 29, 2013
                              Form ID: pdf006          Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2013 at the address(es) listed below:

- Anita Khachikyan    on behalf of Debtor Justin D. Greiner NDILnotices@legalhelpers.com, akh@legalhelpers.com
- Anita Khachikyan    on behalf of Joint Debtor Stacey L. Greiner NDILnotices@legalhelpers.com, akh@legalhelpers.com
- Ariane Holtschlag    on behalf of Trustee Thomas B Sullivan lawyers@innovalaw.com
- Christopher M Brown    on behalf of Creditor SunTrust Mortgage f/k/a Crestar Mortgage northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
- David E Grochocinski    on behalf of Trustee Thomas B Sullivan lawyers@innovalaw.com, lawyers@innovalaw.com
- David P Lloyd    on behalf of Trustee Thomas B Sullivan courtdocs@davidlloydlaw.com
- Kathleen M. McGuire    on behalf of Trustee Thomas B Sullivan kmcguire@innovalaw.com, kmmcguirelaw@sbcglobal.net
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Thomas B Sullivan    tsullivan@innovalaw.com, IL19@ecfcbis.com

TOTAL: 9